

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2015

**By ECF**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

>   Re:   United States v. George Landegger
>         15 Cr. 32 (RJS)

Dear Judge Sullivan:

      The Government respectfully writes concerning the date and time of the sentencing in the above-referenced matter. The sentencing in this case was originally scheduled for May 12, 2015. However, due to a conflict with the Court's calendar, the Court issued an order on April 29, 2015 adjourning the sentencing to May 15, 2015 at 11 a.m. I am scheduled to be before Judge Preska for a sentencing in another matter on May 15, 2015 at 11 a.m. Accordingly, I respectfully request that Mr. Landegger's sentencing be adjourned to 2 p.m. on the same day, May 15, 2015. I have spoken with Jeremy Temkin, Esq., counsel for Mr. Landegger, who has confirmed that he and his client are available at that time.

      I thank the Court for its consideration of this request.

>   Respectfully submitted,
>
>   PREET BHARARA
>   United States Attorney
>
>   By: __/s/ Sarah Paul_____
>       Sarah E. Paul
>       Assistant United States Attorney
>       Telephone:  (212) 637-2326